HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Sean_riordan@fd.org

Attorney for Defendant
GUSTAVO ARAUJO LERMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-195-JAM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | |
| GUSTAVO ARAUJO LERMA, et al, | Date: January 16, 2018<br>Time: 9:15 A.M. |
| Defendants. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, United States Attorney Phillip A. Talbert, through Assistant United States Attorney Katherine Lydon, attorney for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Sean Riordan, attorney for defendant Gustavo Araujo Lerma; and Dina Santos, attorney for defendant Maria Eva Velez that the previously scheduled status conference date of January 16, 2018 be vacated and the matter be set for status conference on February 20, 2018 at 9:15 a.m.

Defense counsel require additional time to review 2,638 pages of discovery and 20 audio and video files and to conduct additional defense investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of this stipulation, January 11, 2018, through and including February 20,

Stipulation to Continue -1-

2018; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation.

All counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: January 11, 2018  HEATHER E. WILLIAMS
Federal Defender

*/s/ Sean Riordan*
SEAN RIORDAN
Assistant Federal Defender
Attorney for Defendant
Gustavo Araujo Lerma

Dated: January 11, 2018  */s/ Dina Santos*
DINA SANTOS
Attorney for Defendant
Maria Eva Velez

Dated: January 11, 2018  McGREGOR W. SCOTT
United States Attorney

By:  */s/ Katherine Lydon*
KATHERINE LYDON
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties' stipulation, January 11, 2018, up to and including February 20, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 16, 2018 status conference shall be continued until February 20, 2018, at 9:15 a.m.

Dated: January 11, 2018  /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge