Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
Maria Velez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>    v.<br><br>Gustavo Araujo-Lerma,<br>Maria Velez<br>                        Defendants | CASE NO. 17-0195 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER TO CONTINUE CASE TO 4/10/2018 AT 9:15 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Katherine Lydon, and Defendants Maria Velez, represented by Attorney Dina Santos; Defendant Gustavo Araujo-Lerma, represented by Attorney Sean Riordan, hereby stipulate as follows:

    1.    By previous order, this matter was set for status on February 20, 2018.

    2.    By this stipulation, defendants now move to continue the status conference until April 10, 2018, and to exclude time between February 20, 2018, and April 10, 2018, under Local Code T4. Plaintiff does not oppose this request.

    3.    The parties agree and stipulate, and request that the Court find the following:

        a)    Counsel for defendants desire additional time to continue to conduct investigation, and to otherwise prepare for trial. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance. In addition to the time required to continue investigation and

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

1

1     prepare for trial.

2          b)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

         c)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 20, 2018, to April 10, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

Dated: February 16, 2018                       MCGREGOR SCOTT
                                                     United States Attorney

                                                    /s/ Katherine Lydon
                                                    KATHERINE LYDON
                                                    Assistant United States Attorney

Dated: February 16, 2018                       /s/ Dina L. Santos
                                                    DINA L. SANTOS, ESQ.
                                                    Attorney for MARIA VELEZ

Dated: February 16, 2018                       /s/ Sean Riordan
                                                    SEAN RIORDAN, ESQ.
                                                    Attorney for GUSTAVO ARAUJO-LERMA

**ORDER**

IT IS SO FOUND AND ORDERED this 16th day of February, 2018

/s/ John A. Mendez

_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE