McGREGOR W. SCOTT
United States Attorney
KATHERINE T. LYDON
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUSTAVO ARAUJO LERMA,<br> aka Hiram Enrique Velez, and<br>MARIA EVA VELEZ<br><br>Defendants. | CASE NO. 2:17-CR-195 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND CONTINUANCE OF TRIAL DATE; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: March 18, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for trial to begin on March 18, 2019, with time excluded through that date. Trial Confirmation Hearing was set for February 12, 2019. Counsel expect that trial will require approximately 10 trial days.

2. By this stipulation, defendants now move to continue the trial until June 3, 2019, and re-set Trial Confirmation Hearing to April 23, 2019, and to exclude time between March 18, 2019, and June 3, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 2,658 bates-stamped pages or files of material. This is comprised of material from A-Files, various other public records, and photographs taken and recordings made

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

during the execution of a search warrant, as well as other material. All of this discovery has been produced directly to counsel and/or made available for inspection and copying. Facts which may be relevant to the case have occurred in at least two countries and multiple states and the U.S. territory of Puerto Rico. In addition, some events at issue occurred more than 30 years in the past.

b) Counsel for defendants desire additional time to prepare. Counsel representing defendant Gustavo Araujo Lerma, Assistant Federal Defender Doug Beevers, has represented he requires additional time to interview and locate witnesses. He stated he has had difficulty locating certain witnesses located out of state. He is also working to confirm the authenticity of, and procedures used to generate, foreign records received in discovery. Counsel representing defendant Maria Velez, Dina Santos, seeks additional time to retain an expert witness and get her client evaluated. In addition, both defense counsel require time to work with their clients and prepare their trial strategies. Mr. Beevers noted this process of trial preparation will require more time given that consultation with his client requires visiting Nevada City jail, where his client is detained pre-trial, accompanied by a Spanish interpreter. Counsel will need to prepare for trial while attending to the rest of their criminal dockets, including, with respect to Mr. Beevers, two federal criminal jury trials scheduled respectively for December 2018 and February 2019.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 18, 2019 to June 3, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 20, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ KATHERINE T. LYDON
KATHERINE T. LYDON
Assistant United States Attorney

Dated: November 20, 2018

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
GUSTAVO ARAUJO LERMA

Dated: November 20, 2018

/s/ DINA L. SANTOS
DINA L. SANTOS
Counsel for Defendant
MARIA EVA VELEZ

[PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 20th day of November, 2018.

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE