McGREGOR W. SCOTT
United States Attorney
KATHERINE T. LYDON
SHEA J. KENNY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-195 JAM |
| Plaintiff, | |
| v. | JOINT STATEMENT OF THE CASE |
| GUSTAVO ARAUJO LERMA, aka Hiram Enrique Velez, and MARIA EVA VELEZ, | DATE: June 10, 2019 TIME: 9:00 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

The defendants, a married couple, are both charged with conspiracy to procure naturalization and citizenship unlawfully. In addition, defendant Maria Velez is charged with unlawful procurement of naturalization and citizenship. Defendant Gustavo Araujo Lerma, also known as Hiram Velez, is also charged with aggravated identity theft, making a false statement in an application for United States passport, and five counts of voting as an alien. In summary, the government alleges that the defendants were both born in Mexico, were married to each other in Mexico in 1982, and had two children together in Mexico in the 1980s. The government further asserts that, no later than 1992, the defendants began living in the United States and defendant Gustavo Araujo Lerma began fraudulently using the identity of a United States citizen named Hiram Velez. According to the government, defendant Gustavo Araujo Lerma married defendant Maria Velez again in Los Angeles in 1992, using the Hiram Velez identity, and she began using the name Maria Velez. The government alleges that the defendants then conspired

JOINT STATEMENT OF THE CASE

1

to obtain citizenship for Maria Velez, based on her purported marriage to a United States citizen. The government also alleges that defendant Maria Velez knowingly made false statements in order to obtain citizenship, including that her husband's name was Hiram Velez, that he had been a United States citizen from birth, and that she had never been married before. She was naturalized as a United States citizen in 2012. In addition, the government alleges defendant Gustavo Araujo Lerma used the Velez identity to fraudulently obtain a United States passport and vote in five federal elections.

The defendants have pleaded not guilty to all charges.

[Defendant Gustavo Araujo Lerma, aka Hiram Velez, asserts that he is not guilty of aggravated identity theft and false statement in a passport application, because his use of the name Hiram Velez when voting or renewing his passport was not false because he had legally changed his name to Hiram Enrique Velez by longstanding use under the common law long before 2009.][1] Defendant Gustavo Araujo Lerma, aka Hiram Velez, also asserts he is not guilty of a conspiracy to procure naturalization and citizenship, because he acted alone between 1992 and 1997 when he included incorrect information and documents in his application for Maria Velez's permanent residence in the United States. He also asserts that he had no involvement in Maria Velez's decision to obtain naturalization in 2012, and asserts that her ability to obtain citizenship was not an intended objective when he was involved in obtaining legal residence for Maria Velez in 1997. Finally, he denies forcing or coercing Maria Velez to obtain naturalization.

Dated: May 24, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ SHEA J. KENNY
KATHERINE T. LYDON
SHEA J. KENNY
Assistant United States Attorney

---

[1] The bracketed portion of this statement should be read to the jury only if the Court plans to instruct the jury that common law acquisition of the name Hiram Velez through longstanding non-fraudulent use can be a defense to Counts 1 and/or 2. If the Court grants the government's motion *in limine* to exclude evidence or argument in support of that defense, the bracketed sentence should be omitted or revised.

JOINT STATEMENT OF THE CASE

2

Dated:  May 24, 2019                                /s/ DOUGLAS BEEVERS
                                                    DOUGLAS BEEVERS
                                                    Counsel for Defendant
                                                    GUSTAVO ARAUJO LERMA,
                                                    aka Hiram Enrique Velez


Dated:  May 24, 2019                                /s/ DINA L. SANTOS
                                                    DINA L. SANTOS
                                                    Counsel for Defendant
                                                    MARIA EVA VELEZ

JOINT STATEMENT OF THE CASE                    3