MCGREGOR W. SCOTT
United States Attorney
KATHERINE T. LYDON
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900



**FILED**

JUL 1 1 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-195 JAM |
| Plaintiff, | 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft; 18 U.S.C. § 1542 – False Statement in Application for United States Passport; 18 U.S.C. § 611 – Voting by Aliens (Five Counts); 18 U.S.C. §§ 982(a)(6)(A)(ii)(I) and (II) – Criminal Forfeiture |
| v. | |
| GUSTAVO ARAUJO LERMA, aka Hiram Enrique Velez, | |
| Defendant. | |

## S U P E R S E D I N G   I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft]

The Grand Jury charges: T H A T

GUSTAVO ARAUJO LERMA,
aka Hiram Enrique Velez,

defendant, herein, on or about November 8, 2016, in the County of Sacramento, State and Eastern District of California, knowingly possessed and used, without lawful authority, a means of identification belonging to another person, *to wit*, the name of Hiram E. Velez, during and in relation to a felony violation of Title 18, United States Code, Section 1015(f), all in violation of Title 18, United States

SUPERSEDING INDICTMENT

1

Code, Section 1028A(a)(1).

COUNT TWO:  [18 U.S.C. § 1542 – False Statement in Application for United States Passport]

The Grand Jury further charges: T H A T

GUSTAVO ARAUJO LERMA,
aka Hiram Enrique Velez,

defendant herein, on or about March 11, 2009, in the State and Eastern District of California, did willfully and knowingly make false statements in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that his name was Hiram Enrique Velez, his social security number was XXX-XX-9302, his birthday was September 16, 1956, and his place of birth was Mayaguez, Puerto Rico, all of which he knew to be false, in violation of Title 18, United States Code, Section 1542.

COUNT THREE:  [18 U.S.C. § 611 – Voting by Aliens]

The Grand Jury further charges: T H A T

GUSTAVO ARAUJO LERMA,
aka Hiram Enrique Velez,

defendant herein, an alien, fully knowing he was not a United States citizen, on or about November 6, 2012, in the State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, Presidential elector, Member of the Senate, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

COUNT FOUR:  [18 U.S.C. § 611 – Voting by Aliens]

The Grand Jury further charges: T H A T

GUSTAVO ARAUJO LERMA,
aka Hiram Enrique Velez,

defendant herein, an alien, fully knowing he was not a United States citizen, on or about June 3, 2014, in

2

SUPERSEDING INDICTMENT

the State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

COUNT FIVE: [18 U.S.C. § 611 – Voting by Aliens]

The Grand Jury further charges: T H A T

GUSTAVO ARAUJO LERMA,
aka Hiram Enrique Velez,

defendant herein, an alien, fully knowing he was not a United States citizen, on or about November 4, 2014, in the State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

COUNT SIX: [18 U.S.C. § 611 – Voting by Aliens]

The Grand Jury further charges: T H A T

GUSTAVO ARAUJO LERMA,
aka Hiram Enrique Velez,

defendant herein, an alien, fully knowing he was not a United States citizen, on or about June 7, 2016, in the State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Member of the Senate, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

COUNT SEVEN: [18 U.S.C. § 611 – Voting by Aliens]

The Grand Jury further charges: T H A T

GUSTAVO ARAUJO LERMA,
aka Hiram Enrique Velez,

defendant herein, an alien, fully knowing he was not a United States citizen, on or about November 8, 2016, in the State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, Presidential elector, Member of the

Senate, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

FORFEITURE ALLEGATION: [18 U.S.C. §§ 982(a)(6)(A)(ii)(I) and (II) – Criminal Forfeiture]

1.    Upon conviction of the offense alleged in Count Two of this Superseding Indictment, defendant GUSTAVO ARAUJO LERMA, aka Hiram Enrique Velez, shall forfeit to the United States pursuant to Title 18, United States Code, Sections 982(a)(6)(A)(ii)(I) and 982(a)(6)(A)(ii)(II), any property real or personal, that constitutes, or is derived from or is traceable to proceeds obtained directly or indirectly from the commission of the offense, or any property used to facilitate, or intended to be used to facilitate, the commission of the offense.

2.    If any property subject to forfeiture, as a result of the offense alleged in Count Two of this Superseding Indictment, for which the defendant is convicted:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

**/s/ Signature on file w/AUSA**

FOREPERSON

MCGREGOR W. SCOTT
United States Attorney

SUPERSEDING INDICTMENT

4

No. _ _ _ _ _ _ _ _ _ _

---

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

GUSTAVO ARAUJO LERMA,
aka Hiram Enrique Velez

---

## S U P E R S E D I N G   I N D I C T M E N T

**VIOLATION(S):**
18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft;
18 U.S.C. § 1542 – False Statement in Application for United States Passport;
18 U.S.C. § 611 – Voting by Aliens (Five Counts);
18 U.S.C. §§ 982(a)(6)(A)(ii)(I) and (II) – Criminal Forfeiture      §

---

*A true bill,*          **/s/ Signature on file w/AUSA**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ _ 11 _ _ _ _ _ _ *day*

*of* _ _ _ _ July _ _ _ _ _ *, A.D. 20* _ 19 _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

*Bail.* $ _ **NO PROCESS NECESSARY**

GPO 863 525

**United States**
**v.**
**GUSTAVO ARAUJO LERMA, aka Hiram Enrique Velez**
**2:17-cr-195 JAM**
**Penalties for Superseding Indictment**

COUNT I
VIOLATION:                    18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft
PENALTIES:                    Mandatory term of imprisonment of two years to run consecutive
                              to any other term of imprisonment.


COUNT II
VIOLATION:                    18 U.S.C. § 1542– False statement in application and use of
                              passport
PENALTIES:                    Not more than fifteen (15) years in prison;
                              Not more than $250,000 fine, or both;
                              Not more than three (3) year term supervised release
                              $100 mandatory special assessment


COUNTS III-VII
VIOLATION:                    18 U.S.C. § 611 – Voting by Aliens
PENALTIES:                    Not more than one (1) years in prison;
                              Not more than $250,000 fine, or both.