| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | MCGREGOR W. SCOTT<br>United States Attorney<br>KATHERINE T. LYDON<br>SHEA J. KENNY<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00195 JAM |
|---|---|
| Plaintiff, | **MOTION TO DISMISS COUNTS 3 AND 4 OF INDICTMENT AGAINST DEFENDANT MARIA EVA VELEZ WITHOUT PREJUDICE; ORDER** |
| v. | |
| GUSTAVO ARAUJO LERMA, aka Hiram Velez, and<br>MARIA VELEZ, | |
| Defendants. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through its undersigned attorneys, hereby files this motion and proposed order to dismiss Counts 3 and 4 of the Indictment returned October 16, 2017, against defendant Maria Eva Velez only, in the above-captioned matter without prejudice. The charges against her co-defendant should remain.

Dated: July 12, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ KATHERINE T. LYDON
KATHERINE T. LYDON
Assistant United States Attorney

MOTION TO DISMISS COUNTS 3 AND 4 AGAINST VELEZ
UNITED STATES V. ARAUJO LERMA AND MARIA
VELEZ

1

# FINDINGS AND ORDER

Based upon the United States' Motion to Dismiss Counts 3 and 4 of Indictment, the United States' motion is GRANTED this 15th day of July, 2019. Counts 3 and 4 of the October 26, 2017 indictment against defendant Maria Eva Velez in Case Number 2:17-cr-195 JAM are dismissed without prejudice.

Dated: July 15, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge