McGREGOR W. SCOTT
United States Attorney
KATHERINE T. LYDON
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:17-CR-00195 JAM |
| Plaintiff, | STIPULATIONS OF THE PARTIES |
| v. | DATE: August 19, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |
| GUSTAVO ARAUJO LERMA,<br> aka Hiram Enrique Velez, | |
| Defendant. | |

The United States, by and through its attorneys of record, Katherine T. Lydon and Shea J. Kenny, Assistant United States Attorneys, and Gustavo Araujo Lerma, aka Hiram Enrique Velez, through his attorney Douglas J. Beevers, hereby submit the following stipulations.

The parties agree to the following stipulations:

1.      IT IS HEREBY STIPULATED between the parties that the records listed below are self-authenticating certified public records, or copies of public records, certified as correct and produced under the signature or seal of a competent authority and that they are records of a public office or agency setting forth the activities of that office or agency or matters observed pursuant to a duty imposed by law as to which matters there was a duty to report:

STIPULATIONS OF THE PARTIES

1

| Government Exhibit Number | Description | Entity | Bates Range |
|---|---|---|---|
| 101 | Passport Application Documents for U.S. Passport No. 456402198, issued to Hiram Enrique Velez | United States Department of State | 002680–002683 |
| 109 | Passport Application Documents for U.S. Passport No. 502633281, issued to Maria Eva Velez on November 29, 2012 | United States Department of State | 002684–002689 |
| 108 | U.S. Passport No. 456402198 issued to Hiram Velez on June 29, 2009 | United States Department of State | Physical Evidence |
| 110 | U.S. Passport No. 502633281 issued to Maria Eva Velez on November 29, 2012 | United States Department of State | Physical Evidence |
| 401 | Puerto Rican Birth Certificate for Hiram Velez | Puerto Rico Department of Health | 000184–000185 |
| 404 | Puerto Rican Certificate of Death for Hiram Velez | Puerto Rico Department of Health | 000186–000187 |
| 175 | Puerto Rican Birth Record Check | Puerto Rico Demographic Registry | 000175 |
| 403 | Records associated with Hiram Velez's January 16, 1996 arrest in Mayaguez | Policia De Puerto Rico | 002864 |
| 207 | State of California Certificate of Live Birth for Raquel Velez | Sacramento County, California | 002758, 002569 |
| 206 | State of Texas Certificate of Birth for Gustavo Araujo, Jr. | Jackson County, Texas | 000353–000354 |
| 301 | Certification of Documents from Maria Eva Velez's A File | United States Department of Homeland Security | 002709–002710 |

STIPULATIONS OF THE PARTIES

| 304 | Maria Eva Velez Form N-400 Application for Naturalization, obtained from Maria Eva Velez's A File | United States Department of Homeland Security | 002714–002729 |
|---|---|---|---|
| 303 | Maria Eva Velez Form I-485 Application to Register Permanent Residence or Adjust Status and supporting documents, obtained from Maria Eva Velez's A File | United States Department of Homeland Security | 002731–002763 |
| 302 | Memorandum of Creation of Record of Lawful Permanent Resident for Maria Eva Velez, approved July 17, 1996, obtained from Maria Eva Velez's A File | United States Department of Homeland Security | 002730 |
| 305 | Form N-445 issued to Maria Eva Velez, obtained from Maria Eva Velez's A File | United States Department of Homeland Security | 002712–002713 |
| 306 | Certificate of Naturalization for Maria Eva Velez, dated November 1, 2012, obtained from Maria Eva Velez's A File | United States Department of Homeland Security | 002711 |
| 308 | Certification of Documents from Blanca Araujo's A File | United States Department of Homeland Security | 002769–002770 |
| 309 | Form I-485 Application to Register Permanent Residence or Adjust Status, obtained from Blanca Araujo's A File | United States Department of Homeland Security | 002790–002798 |
| 310 | Form I-130 Petition for Alien Relative for Blanca Araujo and supporting documents, obtained from Blanca Araujo's A File | United States Department of Homeland Security | 002799–002811 |

STIPULATIONS OF THE PARTIES

| 311 | Form N-400 Application for Naturalization for Blanca Araujo, approved May 21, 2007, obtained from Blanca Araujo's A File | United States Department of Homeland Security | 002775–002787 |
|---|---|---|---|
| 312 | Certification of Naturalization for Blanca Araujo, dated June 26, 2007, obtained from Blanca Araujo's A File | United States Department of Homeland Security | 002771 |
| 315 | Form I-130 Petition for Alien Relative for Mario Araujo and supporting documents, obtained from Mario Araujo's A File | United States Department of Homeland Security | 002832–002844 |
| 317 | Certification of Naturalization for Mario Araujo, dated August 20, 2008, obtained from Mario Araujo's A File | United States Department of Homeland Security | 002814 |
| 316 | Form N-400 Application for Naturalization for Mario Araujo and supporting documents, approved July 28, 2008, obtained from Blanca Araujo's A File | United States Department of Homeland Security | 002817–002831 |
| 502 | State of California Voter Registration Form, signed by Hiram Velez on June 16, 2008 | County of Sacramento Voter Registration and Elections Department | 002677–002678 |
| 504 | Roster of Voters for Federal Elections | County of Sacramento Voter Registration and Elections Department | 002663–002668 |
| 106 | Travel Records for Hiram E. Velez and U.S. Passports Nos. 055606554 and 456402198 | United States Customs and Border Protection | 002871–002876 |
| 110 | Travel records for Maria Velez and U.S. Passport No. 502633281 | United States Customs and Border Protection | 003280–003283 |

| 111 | Travel Records for Antonia Lerma Valderrama and Passport No. G14154667 | United States Customs and Border Protection | 003276–003279 |
| 208 | License and Certificate of Confidential Marriage between Hiram Velez and Maria Eva Velez, Los Angeles County | County of Los Angeles | 000734 |

2.      IT IS HEREBY STIPULATED between the parties that the State of California Secretary of State Documents identified by Bates Range 002877–03227, Government's Exhibit Nos. 505–509, are self-authenticating domestic public documents bearing the seal of the State of California and a signature purporting to be an execution or attestation, and that they are records of a public office or agency setting forth the activities of that office or agency or matters observed pursuant to a duty imposed by law as to which matters there was a duty to report.

3.      IT IS HEREBY STIPULATED between the parties that, if called to testify, a custodian of records from the following entities would establish that the records referenced below:

(A) Were made at or near the time of the occurrence of the matters set forth in them by, or from information transmitted by, a person with knowledge of those matters, or were received and relied upon at or near the time of their receipt;

(B) Were kept in the course of the employer's regularly conducted activity; and

(C) Were made as a regular practice of that activity.

The documents referred to above are as follows:

| Government Exhibit Number | Description | Entity | Discovery Bates Range |
| --- | --- | --- | --- |
| 501 | Voter Registration and Voting Information for Hiram E. Velez | County of Sacramento Voter Registration and Elections Department | 002670–002673 |
| 503 | Voter Log for Velez, Hiram E. | County of Sacramento Voter Registration and Elections Department | 002674–002676 |

4.      IT IS HEREBY STIPULATED between the parties that the records listed below are self-authenticating certified foreign public documents  that are signed or attested by a person authorized by a foreign country's law to do so and accompanied by a final certification by a competent authority certifying the genuineness of the signature and official position of the signer, and that they are records of a public office or agency setting forth the activities of that office or agency or matters observed pursuant to a duty imposed by law as to which matters there was a duty to report:

| Government Exhibit Number | Description | Bates Range |
|---|---|---|
| 201 | Mexican Birth Certificate for Gustavo Araujo Lerma and Apostille Certification | 002852–002855 |
| 202 | Mexican Birth Certificate for Maria Eva Velez | 000342–000343 |
| 205 | Mexican Birth Certificate for Mario Araujo Manriquez and Apostille Certification | 002860–002863 |
| 204 | Mexican Birth Certificate for Blanca Alicia Araujo Manriquez and Apostille Certification | 002848–002851 |
| 203 | Mexican Marriage Certificate for Gustavo Araujo Lerma and Maria Eva Manriquez Guerrero | 002846–002859 |

5.      IT IS HEREBY STIPULATED between the parties that the documents and exhibits identified in Paragraphs 1–4 are relevant and admissible at trial.

6.      IT IS HEREBY STIPULATED between the parties that "WBCF P.O. Box 928, Nevada City, California 95959" is the mailing address of the location where the defendant resided on February 25, 2019.

7.      IT IS HEREBY STIPULATED between the parties that the person identified in the Puerto Rican Arrest Records for Hiram Velez referenced in Paragraph 1, and identified by Bates number 002864, is not Defendant Gustavo Araujo Lerma, aka Hiram Enrique Velez, the defendant in this case.

STIPULATIONS OF THE PARTIES                    6

8.      IT IS HEREBY STIPULATED between the parties that the Certified Translation of the Mexican Birth Certificate for Gustavo Araujo Lerma and Apostille Certification, identified by Bates Range 003233–003236, is a true and correct English translation of the Mexican Birth Certificate for Gustavo Araujo Lerma, identified by Bates Range 002852–002855.

9.      IT IS HEREBY STIPULATED between the parties that the Certified Translation of the Mexican Birth Certificate for Blanca Alicia Araujo Manriquez and Apostille Certification, identified by Bates Range 003229–003232, is a true and correct English translation of the Mexican Birth Certificate for Blanca Alicia Araujo Manriquez, identified by Bates Range 002848–002851.

10.     IT IS HEREBY STIPULATED between the parties that the Certified Translation of the Mexican Birth Certificate for Mario Araujo Manriquez and Apostille Certification, identified by Bates Range 003241–003244, is a true and correct English translation of the Mexican Birth Certificate for Gustavo Araujo Lerma, identified by Bates Range 002860–002863.

11.     IT IS HEREBY STIPULATED between the parties that the Certified Translation of the Mexican Marriage Certificate for Gustavo Araujo Lerma and Maria Eva Manriquez Guerrero, identified by Bates Range 003237–003240, is a true and correct English translation of the Mexican Marriage Certificate for Gustavo Araujo Lerma and Maria Eva Manriquez Guerrero, identified by Bates Range 002856–002859.

12.     IT IS HEREBY STIPULATED between the parties that the Certified Translation of the Puerto Rican Certificate of Death for Hiram Velez, identified by Bates Range 003245–003254, is a true and correct English translation of the Puerto Rican Certificate of Death for Hiram Velez, identified by Bates Range 000186–000187.

13.     IT IS HEREBY STIPULATED between the parties that the Certified Translation of the envelope and letter sent to Carmen Lillian Seda Cuebas, identified by Bates Range 003258–003269, is a true and correct English translation of the envelope and letter sent to Carmen Lillian Seda Cuebas, postmarked February 25, 2019, identified by Bates Range 002691–002703.

14.     IT IS HEREBY STIPULATED between the parties that the physical evidence seized from the residence at 38 De Fer Cir., Sacramento, CA 95823, during execution of the search warrant on October 16, 2017, *see* Property/Evidence Receipt, identified by Bates Range 001884–001886, were

STIPULATIONS OF THE PARTIES                    7

found in the residence.[1]

15.    IT IS HEREBY STIPULATED between the parties that the photographs taken during the execution of the search warrant at the residence at 38 De Fer Cir., Sacramento, CA 95823, on October 16, 2017, included in the documents identified by Bates Range 002554–002638, are fair and accurate depictions of the residence as it appeared on October 16, 2017.

Dated:  August 7, 2019

McGREGOR W. SCOTT
United States Attorney

By:  /s/ SHEA J. KENNY
KATHERINE T. LYDON
SHEA J. KENNY
Assistant United States Attorneys

Dated:  August 7, 2019

By:  /s/ DOUGLAS J. BEEVERS
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for defendant
GUSTAVO ARAUJO LERMA,
aka Hiram Enrique Velez

---

[1] The stipulations in Paragraphs 14 and 15 of this agreement are for the foundational admissibility of the items seized and the photographs taken during the execution of the search warrant. The parties expressly reserve the right to object to their admission on relevance and other grounds.

STIPULATIONS OF THE PARTIES

8