HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700
douglas_beevers@fd.org

Attorney for Defendant
GUSTAVO ARAUJO-LERMA a.k.a. HIRAM VELEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUSTAVO LERMA a.k.a. HIRAM VELEZ,<br><br>Defendant. | Case №:2:13-cr-0050-KJM<br><br>DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE NO. 2 (ECF #102)<br><br>Date:  August 19, 2019<br>Time:  9:15 a.m.<br>Judge: John A. Mendez |

The Defendant, by and through counsel, the Federal Public Defender's Office, hereby opposes Government's motion *in limine* on the grounds that it is actually a motion seeking discovery sanctions under Fed. R. Crim. P. 16, but it fails to provide any evidence that Defense has provided any untimely disclosure or any reason for suspecting that Defense counsel has any such expert witnesses or evidence.  Defense counsel filed a trial brief outlining his trial defense on May 24, 2019 (ECF #73).  Defense filed a supplemental trial brief on August 2, 2019 (ECF #97).  Nothing in either trial brief discusses any items of evidence.

Fed. R. Crim. P. 16(d) authorizes a Court to issue an order precluding introduction of evidence, but only if the Court finds the other party has failed to comply with the rule.  Since the Government has failed to even allege that Defense counsel has actually violated Rule 16, the motion should be denied.

*Opposition to Motion in Limine 2*

SUBMITTED: August 12, 2019          HEATHER E. WILLIAMS

                                    Federal Defender

                                    */s/ Douglas Beevers*
                                    DOUGLAS BEEVERS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    GUSTAVO LERMA a.k.a. HIRAM VELEZ

*Opposition to Motion in Limine 2*