HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700
douglas_beevers@fd.org

Attorney for Defendant
GUSTAVO ARAUJO-LERMA a.k.a. HIRAM VELEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case №:2:13-cr-0050-KJM |
| Plaintiff, | DEFENDANT'S NON-OPPOSITION TO GOVERNMENT'S MOTION |
| vs. | IN LIMINE NO. 3 (ECF #107) |
| GUSTAVO LERMA a.k.a. HIRAM VELEZ, | Date:  August 19, 2019 Time:  9:15 a.m. Judge: John A. Mendez |
| Defendant. | |

The Defendant, by and through counsel, the Federal Public Defender's Office, hereby

does not oppose Government's motion *in limine* to admit other acts evidence.  Defense only

opposes use of evidence that this defendant was arrested for crimes committed by a different

Hiram Velez unless the Government clearly establishes that this defendant was not involved in

that criminal activity.

SUBMITTED: August 12, 2019               HEATHER E. WILLIAMS

                                         Federal Defender

                                         */s/ Douglas Beevers*
                                         DOUGLAS BEEVERS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         GUSTAVO LERMA a.k.a. HIRAM VELEZ

*Opposition to Motion in Limine 3*