FILED
AUG 22 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUSTAVO ARAUJO LERMA, aka Hiram Enrique Velez,<br><br>Defendant. | No. 2:17-cr-00195-JAM<br><br>**RESPONSE TO NOTE #1 FROM JURY** |

In this trial, the government must prove beyond a reasonable doubt that the defendant was an alien at the time he committed the offenses charged in Counts 1 and 3-7. The term "alien" is defined in Jury Instruction 19. A defendant in a criminal trial is never required to prove anything.

Dated: August 22, 2019

John A. Mendez
United States District Judge