1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
--oOo--

UNITED STATES OF AMERICA,   ) Docket No. 17-CR-195
                            ) Sacramento, California
              Plaintiff,    ) December 3, 2019
                            ) 9:34 a.m.
        v.                  )
                            )
GUSTAVO ARAUJO LERMA,       ) Re: Status conference
                            )
              Defendant.    )

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:       HON. McGREGOR W. SCOTT
                         United States Attorney by
                         MS. KATHERINE THERESA LYDON
                         MR. SHEA JON KENNY
                         Assistant U.S. Attorneys
                         501 I Street, Suite 10-100
                         Sacramento, CA 95814

For the Defendant:       OFFICE OF THE FEDERAL DEFENDER by
                         MR. DOUGLAS J. BEEVERS
                         801 I Street, 3rd Floor
                         Sacramento, CA 95814

Interpreted by:          YOLANDA RILEY-PORTAL (Spanish Language)


JENNIFER COULTHARD, RMR, CRR
Official Court Reporter
501 I Street, Suite 4-200
Sacramento, CA 95814
jenrmrcrr2@gmail.com
(530)537-9312


Mechanical Stenography - Computer-aided Transcription

SACRAMENTO, CALIFORNIA, TUESDAY, DECEMBER 3, 2019

--oOo--

(In open court.)

THE CLERK:  Criminal S17-195, the United States v. Gustavo Lerma.

MS. LYDON:  Good morning, Your Honor; Katherine Lydon here with Shea Kenny on behalf of the United States.

THE COURT:  Good morning.

MR. BEEVERS:  Good morning, Your Honor; Doug Beevers from the Federal Defender's Office on behalf of the defendant, who's present in custody ready to proceed.

THE INTERPRETER:  And good morning, Your Honor; Yolanda Riley-Portal, previously sworn Spanish interpreter.

THE COURT:  This is the time and place set for a judgment and sentencing.  The defendant was found guilty following a jury trial on August 23rd, 2019.  He was found guilty on all seven counts of a seven-count superceding indictment.

Count 1 charged him with aggravated identity theft, a violation of 18 U.S.C. Section 1028(a)(1).

Count 2 charged him with false statements in application for a United States Passport in violation of 18 U.S.C. Section 1542.

And Counts 3 through 7 charge him with voting by an alien in violation of 18 U.S.C. Section 611.

The matter was referred to probation for a presentence investigation report. The Court has received, read and considered the report prepared by probation filed November 12th, 2019. There were informal objections raised by both parties to the draft of the report. Probation has responded to those objections. The Court has reviewed those objections and responses.

The Court has also received the defendant's formal objections to the presentence report and the defendant's sentencing memorandum. The Court has also received the government's sentencing memorandum and the government's response to the defendant's formal objections to the presentence report.

In terms of the formal objections, I am not going to spend a lot of time on the formal objections. The Court adopts in its entirety the government's response to those formal objections as well as probation's response to the objections when they were raised informally, finds that all the objections should be overruled and that probation has correctly prepared this report and correctly calculated the guideline range.

The Court does not agree with the arguments raised by the defense in terms of the formal objections. That having been said, the Court then finds in this case that on Count 1 it's a 2-year mandatory minimum 24 months that has to run consecutive to any other sentence that I impose on Counts 2 and

3 through 7.

The guideline range on Count 2 is as calculated by probation with an offense level after adjustments of 15 and a criminal history category I, a guideline range of 18 to 24 months on Count 2; and on Counts 3 through 7, those were misdemeanors, the maximum sentence is 12 months that can be imposed.

Mr. Lerma, did you get a chance to go over the probation report with your attorney?

THE DEFENDANT:  No, no.

THE COURT:  Mr. Beevers, have you had a chance to sit down with him and review this report?

MR. BEEVERS:  Yes, Your Honor.

It's the report that we -- that I met with by interpreter with you with.  That's the report he's talking about.

THE DEFENDANT:  They spoke to me about many different sentences.  I've always declared myself innocent and I'm continuing to declare myself --

THE COURT:  That's not my question.  Let me ask my question again.

Mr. Beevers, show him the report.  I want you to look at that document.

MR. BEEVERS:  This report.

THE COURT:  Do you remember going over that with your

attorney with an interpreter present?

MR. BEEVERS:  And it recommended -- that's the report that recommended 18 months and 24 months.  Do you remember that last week?

THE DEFENDANT:  I was just told 12 months.

THE COURT:  Mr. Lerma, listen to my question.  All I'm asking you is, do you remember meeting with your lawyer and going over that report and talking about that report with your lawyer?

THE DEFENDANT:  Well, yes.  Last time I was meeting with my attorney and an interpreter, but they were talking to me about many different things, different things than what I'm hearing right now.

THE COURT:  Do you want more time to go over this report with your lawyer?  It's a yes-or-no question.

THE DEFENDANT:  Yes.

THE COURT:  Then I can't sentence you today.  We'll have to come back for sentencing.  You understand that?

THE DEFENDANT:  Uh-huh.

THE COURT:  Yes?

THE DEFENDANT:  That's fine, yes.

THE COURT:  All right.  Mr. Beevers, if you would meet with him again, make sure -- maybe get him to sign something that says you went over that report with him.  Can you do that so we can come back next week?

MR. BEEVERS:  Yes, Your Honor.  I think he may be confused because we also went over all the objections and disputes.  Now that the Court's ruled, I think it is -- it will be easier to say "this is the report."

THE COURT:  Okay.  But again, I can't sentence him until he tells me he at least met with you and went over that report with you.

MR. BEEVERS:  Okay.

THE DEFENDANT:  I did not steal anybody's identity. The government gave it to me.  They imposed me that identity. I did not steal any identity.

THE COURT:  We'll talk about that when I sentence you. I can tell you that I completely disagree with you, that I think that you lied, that you have a real issue admitting your responsibility and -- don't say anything.  I'll give you a chance to respond -- and that your refusal to accept your responsibility in this case is creating problems for you.  That having been said, we'll come back next Tuesday.

Mr. Vine, that okay?

THE CLERK:  Yes, sir.

THE COURT:  Next Tuesday at 9:15 for sentencing. Mr. Beevers, just make sure that he signs something or get some indication that you have -- I think you've gone over the report with him, but at least I want something in writing with him that says that you went over this report with him, so I have

that on the record.

MR. BEEVERS:  I will.  It will be clearer when just going over one report, not five different pleadings.

THE COURT:  Let me ask this real quickly:  Ms. Lydon, are there any other changes, corrections I need to make to the presentence report?

MS. LYDON:  No, Your Honor.

THE COURT:  And Mr. Beevers any other changes or corrections?

MR. BEEVERS:  No, Your Honor.  That's fine.

THE COURT:  Okay.  Then we will come back next Tuesday at 9:15 for sentencing.

And again, the Court has adopted probation's calculations for the guideline ranges.

All right.  See everybody next Tuesday.

MS. LYDON:  Thank you, Your Honor.

MR. BEEVERS:  All right.  Thank you.

(Concluded at 12:42 p.m.)

C E R T I F I C A T E

I certify that the foregoing is a true and correct transcript of the record of proceedings in the above-entitled matter.

*/s/ JENNIFER L. COULTHARD*                June 9, 2020
                                                    DATE

JENNIFER L. COULTHARD, RMR, CRR
Official Court Reporter